IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN MCGINNIS,<br>   *Plaintiff*<br>  v.<br><br>STARBUCKS CORPORATION *d/b/a*<br>STARBUCKS COFFEE COMPANY,<br>   *Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br><br>No. 21-238 |

## ORDER

AND NOW, this 16th day of September, 2022, upon consideration of the parties' letters to the Court submitted via fax on August 30, 2022 and September 14, 2022, and following the teleconference on September 15, 2022, it is hereby **ORDERED** that the Order of Dismissal (Doc. No. 20) is extended until **October 31, 2022.**

                BY THE COURT:

                */s/ Gene E.K. Pratter*
                **GENE E.K. PRATTER**
                **UNITED STATES DISTRICT JUDGE**

1